IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OREN SHILL,

    Plaintiff,                       No. 2:08-cv-2918 MCE JFM

    vs.

UNITED PARCEL SERVICE, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: March 16, 2009.

                                              /s/ John F. Moulds
                                      UNITED STATES MAGISTRATE JUDGE

/001;shill.rec

1