1  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
5
   RYAN C. HESS (SB# 263079)
6  ryanhess@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  55 Second Street
   Twenty-Fourth Floor
8  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
9  Facsimile:  (415) 856-7100

10 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
11
   MARK C. PETERS (SB#160611)
12 DUCKWORTH · PETERS · LEBOWITZ LLP
   235 Montgomery Street, Suite 1010
13 San Francisco, California  94104
   Telephone: (415) 433-0333
14 Facsimile:  (415) 449-6556
   mark@dplsf.com
15
   JOHN A. FURUTANI (SB# 161757)
16 FURUTANI & PETERS LLP
   350 West Colorado Boulevard, Suite 200
17 Pasadena, California  91105
   Telephone: (626) 844-2437
18 Facsimile:  (626) 844-2442
   JAFurutani@furutani-peters.com
19
   Attorneys for Plaintiff
20 OREN SHILL

21                     UNITED STATES DISTRICT COURT

22                     EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 23  OREN SHILL, | Case No. 08-CV-2918 MCE (DAD) |
| 24              Plaintiff, | **STIPULATION FOR EXTENSION OF DISCLOSURE OF EXPERT WITNESSES AND ORDER THEREON** |
| 25       vs. | |
| 26  UNITED PARCEL SERVICE, INC., | |
| 27              Defendant. | Courtroom: 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

28

TO THE HONORABLE MORRISON C. ENGLAND:

Pursuant to Section V of the Court's April 20, 2009, Pretrial Scheduling Order, Defendant United Parcel Service, Inc. ("UPS") and Plaintiff Oren Shill ("Plaintiff") hereby request that deadline for the disclosure of expert witnesses be extended as follows:

1. The expert disclosure deadline shall be continued from May 18, 2010 to Friday, **May 20, 2011**.

2. The disclosure deadline for rebuttal expert witnesses shall be continued from June 7, 2010 to **June 10, 2011**.

3. The expert discovery shall be completed by **July 29, 2011**.

The parties make this request because, pursuant to the Court's Minute Order of February 1, 2010, the trial date in this matter has been continued from January 18, 2011 to March 12, 2012. Accordingly, the parties' respectfully request the extensions listed above for the designation and completion of expert testimony in this matter.

///

///

///

///

///

///

///

| | | |
|---|---|---|
|1| DATED:  May 11, 2010 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By:  /s/  Ryan C. Hess
RYAN C. HESS

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED:  May 11, 2010    DUCKWORTH · PETERS · LEBOWITZ LLP
FURUTANI & PETERS LLP

By:
MARK C. PETERS

Attorneys for Plaintiff
OREN SHILL

**ORDER**

IT IS SO ORDERED.

DATED:  May 17, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE