MARK C. PETERS (SB#160611)
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
mark@dplsf.com

JOHN A. FURUTANI (SB# 161757)
FURUTANI & PETERS LLP
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Telephone: (626) 844-2437
Facsimile: (626) 844-2442
JAFurutani@furutani-peters.com

Attorneys for Plaintiff
OREN SHILL

ELENA R. BACA (SB# 160564)
JENNIFER S. BALDOCCHI (SB# 168945)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

RYAN C. HESS (SB# 263079)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREN SHILL, | Case No. 08-CV-2918 MCE (DAD) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| UNITED PARCEL SERVICE, INC., | [F.R.Civ.P. 41(a)(1)] |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), the parties to this action hereby stipulate and agree that this case be dismissed in its entirety, without prejudice. The parties further hereby stipulate and agree that each side will bear their own costs and attorneys' fees associated with this action.

DATED: July 13, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:            /S/
       ELENA R. BACA

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: July 13, 2010          DUCKWORTH · PETERS · LEBOWITZ LLP
                              FURUTANI & PETERS LLP


By:            /S/
       MARK C. PETERS

Attorneys for Plaintiff
OREN SHILL


## **ORDER**

Pursuant to stipulation of the parties, this case is hereby DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE, each side to bear their own fees and costs. The Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

DATED: July 13, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE